01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DURIELL JAMES SIDERS,                )
                                      )   CASE NO. C09-1799-JLR-MAT
        Plaintiff,                    )
                                      )
    v.                                )   ORDER DENYING MOTION FOR
                                      )   APPOINTMENT OF COUNSEL
OFFICER D. PASCO, et al.,             )
                                      )
        Defendants.                   )
_____ )

Plaintiff Duriell James Siders, proceeding *pro se* and *in forma pauperis* (IFP) in this 42 U.S.C. § 1983 civil rights case, submitted a motion to appoint counsel. (Dkt. 18.) Defendants oppose the motion. (Dkt. 19.) The Court, having considered the request, does hereby find and ORDER:

(1)  There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding IFP, plaintiff has shown neither exceptional circumstances, nor an inability to articulate his claims *pro se* that would warrant the appointment of counsel at this time. *See*

ORDER DENYING MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -1

*Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Accordingly, plaintiff's motion for appointment of counsel (Dkt. 18) is DENIED.

(2) The Clerk is directed to send a copy of this Order to the parties and to the Honorable James L. Robart.

DATED this <u>5th</u> day of October, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -2