!

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DURIELL JAMES SIDERS, ) | |
| ) | CASE NO. C09-1799-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | REPORT AND RECOMMENDATION |
| ) | |
| OFFICER D. PASCO, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## INTRODUCTION AND BACKGROUND

Plaintiff proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights case. Defendants filed a Motion to Dismiss for Failure to Prosecute. (Dkt. 40.) For the reasons described below, the Court agrees that this matter should be dismissed without prejudice based on plaintiff's failure to prosecute.

On January 24, 2011, a Report and Recommendation issued in this matter and mailed to plaintiff's address of record was returned to the Court as undeliverable. (Dkt. 34.) A hand written note on the returned envelope indicated that plaintiff had been released on January 10,

REPORT AND RECOMMENDATION
PAGE -1

2011. (*Id.*) Two subsequent Orders issued by the Court were likewise returned as undeliverable. (*See* Dkts. 36-39.) Plaintiff has not provided either counsel for defendants or the Court with an updated address. (*See* Dkt. 41.)

Pursuant to Local Civil Rule 41(b)(2), plaintiff is required to keep the Court and opposing parties advised as to his current address. "If mail directed to a pro se plaintiff by the clerk is returned by the Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute." Local CR 41(b)(2). *See also* Fed. R. Civ. P. 41(b) (defendant may move for dismissal based on failure to prosecute).

In this case, more than sixty days have elapsed since the Court's Report and Recommendation was returned by the Post Office as undeliverable on January 24, 2011. Given this fact, and given plaintiff's failure to keep the Court and defendants apprised of his current mailing address, the Court recommends dismissal of this action without prejudice for failure to prosecute. A proposed Order of Dismissal accompanies this Report and Recommendation.

DATED this <u>4th</u> day of April, 2011.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2