```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED
```

MAY 02 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

09-CV-01799-AF

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DURIELL JAMES SIDERS, | ) |
| Plaintiff, | ) CASE NO. C09-1799-JLR |
| v. | ) |
| OFFICER D. PASCO, et al., | ) ORDER DISMISSING CASE |
| Defendants. | ) |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' Motion to Dismiss for Failure to Prosecute (Dkt. 40) is GRANTED;

(3) Plaintiff's complaint and this action are DISMISSED without prejudice, for failure to prosecute and failure to keep the Court apprised of his current mailing address; and

ORDER DISMISSING CASE
PAGE -1

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 2ND day of May, 2011.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING CASE
PAGE -2